UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 19, 2018

SEAN F. McAVOY, CLERK

| | |
|---|---|
| NATALIE GIBB,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | No. 2:17-cv-00139-SAB<br><br>**ORDER DENYING DEFENDANT'S MOTION TO ALTER OR AMEND JUDGMENT UNDER RULE 59(e)** |

    Before the Court is Defendant's Motion to Alter or Amend Judgment Under Rule 59(e), ECF No. 19. The motion as heard without oral argument.

    Defendant argues the Court committed clear error in remanding the case for an immediate award of benefits. Although not explicit in its Order, the Court concluded there were no outstanding issues that require resolution and there was no serious doubt that Plaintiff is disabled. As such, remanding for an immediate award of benefits is proper.

//
//
//
//
//
//

**ORDER DENYING DEFENDANT'S MOTION TO ALTER OR AMEND JUDGMENT UNDER RULE 59(e)~** 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Alter or Amend Judgment Under Rule 59(e), ECF No. 19, is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and close the file.

**DATED** this 19th day of July 2018.



Stanley A. Bastian
United States District Judge

**ORDER DENYING DEFENDANT'S MOTION TO ALTER OR AMEND JUDGMENT UNDER RULE 59(e)~ 2**