FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 16, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATALIE G,<br><br>　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　Defendant. | NO. 2:17-cv-00139-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR EAJA FEES** |

Before the Court is Plaintiff's Stipulated Motion for EAJA Fees, ECF No. 22. The motion was heard without oral argument.

Plaintiff filed this action seeking judicial review of the final decision of Defendant denying her claim for benefits. On May 21, 2018, the Court granted Plaintiff's Motion for Summary Judgment. ECF No. 12. Plaintiff now moves for attorney's fees, pursuant to 28 U.S.C. § 2412 and indicates that the Defendant does not object to her request.

The Court finds the award of attorney's fees to be appropriate.

Accordingly**, IT IS HEREBY ORDERED:**

1. Plaintiff's Stipulated Motion for EAJA Fees, ECF No. 22, is **GRANTED**.

2. The Court awards attorney's fees in the amount of $3,270.92.

3. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), payment of the award,

**ORDER GRANTING STIPULATED MOTION FOR EAJA FEES** ~ 1

in the amount of $3,270.92, with no expenses and no costs, after offset of qualifying federal debt under the Treasury Offset Program, shall be payable to Dana C. Madsen, and shall be mailed to Mr. Madsen at P.O. Box 2157, Spokane, Washington 99210-2157.

4. If Plaintiff has no debt that qualifies for offset under the Treasury Offset Program, payment of the entire award shall be payable directly to Mr. Madsen and mailed to the address above because Plaintiff has assigned any Court awarded EAJA attorney's fees to Mr. Madsen. ECF No. 22-3.

5. The District Court Executive is directed to enter judgment in favor of Plaintiff and against Defendant.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and close the file.

**DATED** this 16th day of August 2018.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR EAJA FEES** ~ 2